# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
RICHARD G. ZEH, SR. - CLERK

**ALBANY DIVISION**
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, SUITE 330
ALBANY, NEW YORK 12207
(518) 257-1661
Fax:(518) 257-1650

**SYRACUSE DIVISION**
The Atrium
**101 West Water St. Suite 310**
**Syracuse, NY 13202**
**(315) 295-1600**
**Fax (315) 295-1655**

**UTICA DIVISION**
ALEXANDER PIRNIE FEDERAL BUILDING
10 BROAD ST, ROOM 230
UTICA NEW YORK 13501
(315) 793-8101
Fax:(315)793-8128

REPLY:  Albany

31
July 30, 2009

Dionne O. Degroate
c/o The Locator Services Group, Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

RE: 04-12277, Dionne O. Degroate - Unclaimed Funds Check

Dear Ms. Sawyer:

Please find enclosed a copy of the Voucher sent to District Court for payment of unclaimed funds on the above referenced case.  If you do not receive payment from the District Court within three weeks, do not hesitate to contact me at (518) 257-1607.

Sincerely,

Dana Rosenberg
Financial Technician

Enclosure